1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone:  (916) 554-2760
5  Facsimile:   (916) 554-2900
   email: yoshinori.himel@usdoj.gov
6

7  Attorneys for Petitioner United States of America

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              1:12-cv-01462-LJO-BAM

12            Petitioner,                  **ORDER TO SHOW CAUSE RE:**
                                           **TAX SUMMONS ENFORCEMENT**
13       v.
                                           **TAXPAYER:**
14  HAROLD A. CHUHLANTSEFF,                **HAROLD A. CHUHLANTSEFF**

15            Respondent.                  Date:       November 9, 2012
                                           Time:       9:00 a.m.
16                                         Courtroom:  8, 6th Floor

17                                         Honorable Barbara A. McAuliffe

18

19       Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the

20  Eastern District of California, including the verification of Revenue Officer LORENA

21  RAMOS, and the Exhibit attached thereto, it is hereby:

22       ORDERED that the Respondent, HAROLD A. CHUHLANTSEFF, appear before

23  United States Magistrate Judge Barbara A. McAuliffe, in that Magistrate Judge's

24  courtroom in the United States Courthouse, 2500 Tulare Street, Fresno, California, on

25  November 9, 2012, at 9:00 a.m., to show cause why the respondent should not be

26  compelled to obey the Internal Revenue Service summons issued on August 26, 2011.

27  / / /

28  / / /

1    It is further ORDERED that:

2    1.  The United States Magistrate Judge will preside, under 28 U.S.C. Section

3    636(b)(1) and Local Rule 302(c)(9), at the hearing scheduled above.  After hearing, the

4    Magistrate Judge intends to submit proposed findings and recommendations under Local

5    Rule 304(a), with the original thereof filed by the Clerk and a copy provided to all parties.

6    2.  Under Fed. R. Civ. P. 4(c)(1), the Court hereby appoints the investigating

7    Internal Revenue Service employee, and all federal employees designated by that

8    employee, to serve process in this case.

9    3.  To afford the respondent an opportunity to respond to the petition and the

10   petitioner an opportunity to reply, a copy of this order, the Verified Petition and its

11   Exhibit, and the Points and Authorities, shall be served by delivering a copy to the

12   respondent personally, or by leaving a copy at the respondent's dwelling house or usual

13   place of abode with some person of suitable age and discretion then residing therein, or

14   by any other means of service permitted by Fed. R. Civ. P. 4(e), within 21 days of the date

15   this order is served upon the United States Attorney, unless such service cannot be made

16   despite reasonable efforts.

17   4.  Proof of any service done under paragraph 3, above, shall be filed with the

18   Clerk as soon as practicable.

19   5.  If the federal employee assigned to serve these documents is not reasonably

20   able to serve the papers as provided in paragraph 3, petitioner may request a court order

21   granting leave to serve by other means.  See Fed. R. Civ. P. 81(a)(5).  The federal

22   employee assigned to serve the documents shall make a certificate detailing the efforts

23   made within the 21-day period to serve the respondent as provided in paragraph 3.

24   6.  The file reflects a prima facie showing that the investigation is conducted

25   pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the

26   information sought is not already within the Commissioner's possession, and that the

27   administrative steps required by the Code have been followed.  See United States v.

28

ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT                                      Page 2

1   Powell, 379 U.S. 48, 57-58 (1964).  The burden of coming forward therefore has shifted

2   to whoever might oppose enforcement.

3       7.  If the respondent has any defense or opposition to the petition, such defense or

4   opposition shall be made in writing and filed with the Clerk and a copy served on the

5   United States Attorney at least 10 days before the date set for the show cause hearing.

6       8.  At the show cause hearing, the Magistrate Judge intends to consider the issues

7   properly raised in opposition to enforcement.  Only those issues brought into controversy

8   by the responsive pleadings and supported by affidavit will be considered.  Any

9   uncontested allegation in the petition will be considered admitted.

10      9.  The respondent may notify the Court, in a writing filed with the Clerk and

11  served on the United States Attorney at least 10 days before the date set for the show

12  cause hearing, that the respondent has no objections to enforcement of the summons.  The

13  respondent's appearance at the hearing will then be excused.

14   IT IS SO ORDERED.

15  **Dated:    October 9, 2012**                   **/s/ Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT                                    Page 3