BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>HAROLD A. CHUHLANTSEFF,<br><br>Respondent. | 1:12-cv-01462-LJO-BAM<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>**Taxpayer:**<br>**HAROLD A. CHUHLANTSEFF** |

The United States seeks enforcement of an I.R.S. summons issued by investigating Revenue Officer Lorena Ramos. The matter was placed before United States Magistrate Judge Barbara A. McAuliffe under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(9). On November 16, 2012, Judge McAuliffe issued an Order to Show Cause, ordering the respondent, Harold A. Chuhlantseff to show cause why the I.R.S. summons issued to him on August 26, 2011, should not be enforced. The Petition, Points and Authorities, and Order to Show Cause were served upon the respondent in conformity with Fed. R. Civ. P. 4.

Respondent did not file an opposition to enforcement under paragraph on page 3 of the Order to Show Cause.

At the show-cause hearing before Judge McAuliffe on November 9, 2012, respondent appeared for himself and did not oppose the enforcement of the I.R.S. summons. He agreed to appear and comply on December 11, 2012, at 10:00 a.m., at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California 93721-2227. On November 16, 2012, Judge McAuliffe filed Findings and Recommendations, finding that the requirements for summons enforcement had been satisfied and ordering respondent to appear at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California 93721-2227 as agreed. Neither side filed objections to the Magistrate Judge's findings and recommendations.

This Court reviewed the entire record de novo under 28 U.S.C. § 636(b)(1). This Court is satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis, and that the requested and unopposed summons enforcement should be granted. Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed November 16, 2012, are ADOPTED IN FULL.

2. The I.R.S. summons issued to respondent, Harold A. Chuhlantseff is to be ENFORCED.

3. Respondent, Harold A. Chuhlantseff is ORDERED to appear at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California 93721-2227, before Revenue Officer Lorena Ramos, or her designated representative, on the 21st day after the issuance of this order, or at a time and date set in writing by Revenue Officer Lorena Ramos, or at a time and date respondent agrees to, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by

///

///

Order Adopting Magistrate Judge's Findings and Recommendations and Enforcing I.R.S. Summons

the summons, the examination to continue from day to day until completed.

IT IS SO ORDERED.

Dated:     **December 12, 2012**         /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Order Adopting Magistrate Judge's Findings and Recommendations and Enforcing I.R.S. Summons

3