BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>HAROLD A. CHUHLANTSEFF,<br><br>Respondent. | 1:12-cv-01462-LJO-BAM<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE**<br><br>Taxpayer:<br>**HAROLD A. CHUHLANTSEFF** |

TO THIS HONORABLE COURT:

   PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons enforced here. The case can and should be closed.


Dated: January 29, 2013           BENJAMIN B. WAGNER
                                  United States Attorney


                            By:   /s/ *YHimel*
                                  YOSHINORI H. T. HIMEL
                                  Assistant U. S. Attorney


**PETITIONER'S NOTICE OF COMPLIANCE;
ORDER CLOSING FILE**

1

# **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

Dated:   **January 29, 2013**          **/s/  Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

**PETITIONER'S NOTICE OF COMPLIANCE;**
**ORDER CLOSING FILE**

2